**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Holding a Criminal Term

Grand Jury Sworn in on November 1, 2013

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **CHRISTOPHER FORD,** | : | **VIOLATIONS:** |
| also known as "Fat Nasty," | : | 21 U.S.C. § 846 |
| also known as "Fat Boy," | : | (Conspiracy to Distribute and Possess |
| **LEVON SIMMONS,** | : | with Intent to Distribute One Kilogram or |
| also known as "Blizz," | : | More of a Mixture or Substance |
| also known as "Black," | : | Containing Phencyclidine) |
| **ANTHONY HAGER,** | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| also known as "Cuz Ant," | : | (Unlawful Distribution of |
| **MARCUS FENWICK,** | : | Phencyclidine) |
| also known as "Garvey," | : | 21 U.S.C. § 841(a)(1) and |
| **RASHARD GRANT,** | : | § 841(a)(1)(B)(iv) |
| also known as "Cut," | : | (Unlawful Distribution of One Hundred |
| **THEODORE SANDERS,** | : | Grams or More of a Mixture or |
| also known as "Teddy," | : | Substance Containing Phencyclidine) |
| **ANDRE LEACH,** | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| also known as "Big Tom," | : | (Unlawful Possession with Intent to |
| | : | Distribute Phencyclidine) |
| Defendants. | : | 18 U.S.C. § 924(c)(1) |
| | : | (Using, Carrying and Possessing a |
| | : | Firearm During a Drug Trafficking |
| | : | Offense) |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a |
| | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | |
| | : | **FORFEITURE:** 18 U.S.C. § 924(d); |
| | : | 21 U.S.C. § 853; and 28 U.S.C. § 2461 |

**I N D I C T M E N T**

The Grand Jury charges that:

## COUNT ONE

From at least on or about October 10, 2013, up to and including on or about May 21, 2014, within the District of Columbia and elsewhere, defendants **CHRISTOPHER FORD**, also known as "Fat Nasty," also known as "Fat Boy;" **LEVON SIMMONS**, also known as "Blizz," also known as "Black;" **ANTHONY HAGER**, also known as "Cuz Ant;" **MARCUS FENWICK**, also known as "Garvey;" **RASHARD GRANT**, also known as "Cut;" **THEODORE SANDERS**, also known as "Teddy;" and **ANDRE LEACH**, also known as "Big Tom," did knowingly and willfully combine, conspire, confederate and agree together, and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Quantity of Phencyclidine Involved in the Conspiracy:

With respect to defendant **CHRISTOPHER FORD,** also known as "Fat Nasty," also known as "Fat Boy," his conduct as a member of the narcotics conspiracy charged in Count I, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count I, involved one kilogram or more of a mixture or substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iv).

With respect to defendant **LEVON SIMMONS**, also known as "Blizz," also known as "Black," his conduct as a member of the narcotics conspiracy charged in Count I, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count I, involved one kilogram or more of a mixture or substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iv).

With respect to defendant **ANTHONY HAGER**, also known as "Cuz Ant," his conduct as a member of the narcotics conspiracy charged in Count I, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count I, involved one hundred grams or more of a mixture or substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv).

With respect to defendant **MARCUS FENWICK**, also known as "Garvey," his conduct as a member of the narcotics conspiracy charged in Count I, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count I, involved one hundred grams or more of a mixture or substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

With respect to defendant **RASHARD GRANT**, also known as "Cut," his conduct as a member of the narcotics conspiracy charged in Count I, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count I, involved a mixture or substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

With respect to defendant **THEODORE SANDERS**, also known as "Teddy," his conduct as a member of the narcotics conspiracy charged in Count I, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count I, involved a mixture or substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

With respect to defendant **ANDRE LEACH**, also known as "Big Tom," his conduct as a member of the narcotics conspiracy charged in Count I, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count I, involved a mixture or substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

(**Conspiracy to Distribute and Possess with Intent to Distribute One Kilogram or More of a Mixture or Substance Containing a Detectable Amount of Phencyclidine**, in violation of Title 21, United States Code, Section 846)

## COUNT TWO

On or about October 10, 2013, within the District of Columbia, **LEVON SIMMONS**, also known as "Blizz," also known as "Black," did unlawfully, knowingly, and intentionally distribute a mixture or substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

(**Unlawful Distribution of Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THREE

On or about October 16, 2013, within the District of Columbia, **LEVON SIMMONS**, also known as "Blizz," also known as "Black," did unlawfully, knowingly, and intentionally distribute one hundred grams or more of a mixture or substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

(**Unlawful Distribution of One Hundred Grams or More of a Mixture or Substance Containing Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv))

## COUNT FOUR

On or about May 6, 2014, within the District of Columbia, **MARCUS FENWICK**, also known as "Garvey," did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

>   (**Unlawful Possession with Intent to Distribute Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT FIVE

On or about May 21, 2014, within the District of Columbia, **LEVON SIMMONS**, also known as "Blizz," also known as "Black," did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count One of this Indictment which is incorporated herein, a firearm, namely, a Taurus .40 caliber semi-automatic handgun.

>   (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1))

## COUNT SIX

On or about May 21, 2014, within the District of Columbia, **LEVON SIMMONS**, also known as "Blizz," also known as "Black," having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2005-FEL-001915, did unlawfully and knowingly receive and possess a firearm, namely, a Taurus .40 caliber semiautomatic handgun, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

>   (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

### COUNT SEVEN

On or about May 21, 2014, within the District of Columbia, **MARCUS FENWICK**, also known as "Garvey," did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count One of this Indictment which is incorporated herein, a firearm, namely, a Browning .380 semi-automatic handgun.

> (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1))

### COUNT EIGHT

On or about May 21, 2014, within the District of Columbia, **MARCUS FENWICK**, also known as "Garvey," did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

> (**Unlawful Possession with Intent to Distribute Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT NINE

On or about May 21, 2014, within the District of Columbia, **ANDRE LEACH**, also known as "Big Tom," did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

> (**Unlawful Possession with Intent to Distribute Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### FORFEITURE ALLEGATION

1. Upon conviction of the offenses alleged in Counts One, Two, and/or Three of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 21, United States

Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of these offenses.  The property subject to forfeiture includes $384.00, seized on May 21, 2014, from LEVON SIMMONS, also known as "Blizz," also known as "Black."  The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses.

     2.     Upon conviction of the offenses alleged in Counts Five, Six, and/or Seven of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses, including but not limited to:

     a.     one Taurus .40 caliber semi-automatic handgun;

     b.     one Browning .380 caliber semi-automatic handgun;

     c.     44 rounds of .40 caliber ammunition;

     d.     59 rounds of .380 caliber ammunition; and

     e.     29 rounds of 9mm ammunition.

     3.     If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

     a.     cannot be located upon the exercise of due diligence;

     b.     has been transferred or sold to, or deposited with, a third party;

     c.     has been placed beyond the jurisdiction of the Court;

     d.     has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Sections 853(a) and (p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.